# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) NO. CR 99-1267-TUC-FRZ (CRP) |
| vs. | ) ORDER |
| WAYNE C. EVANS, | ) |
| Defendant(s). | ) |

On October 5, 2005, Magistrate Judge Charles R. Pyle conducted a hearing on a Petition to Revoke Supervised Release filed by Probation Officer Denise Ahl. The matter was taken under advisement and on October 14, 2005, Magistrate Judge Pyle issued his Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court. A copy was sent to all parties. Objections to the Report and Recommendation was filed by the Government on October 24, 2005. A Response to Government's Objections to Report and Recommendation was filed on October 27, 2005.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Charles R. Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Petition to Revoke Supervised Release is DISMISSED.

DATED this 23rd day of November, 2005.

FRANK R. ZAPATA
United States District Judge